Lawrence M. Glasner, SBN 142677
Rehwald, Glasner & Chaleff
5855 Topanga Canyon Blvd., Suite 400
Woodland Hills, CA 91367
Telephone 818-703-7500
Facsimile 818-703-7498
*lglasner@rehwaldlaw.com*

JS-6

Attorneys for Plaintiff, LUNA HWANG

McBreen & Senior
David A. Senior, SBN 108579
2029 Century Park East, Third Floor
Los Angeles, CA 90067
Telephone 310-552-5300
Facsimile 310-552-1205
*dsenior@mcbreensenior.com*

Sherman & Howard, LLC
Heather F. Vickles, admitted *pro hac vice*
633 17th Street, Suite 3000
Denver, CO 80202
Telephone 303-299-8194
Facsimile 303-298-0940
*hvickles@shermanhoward.com*

Attorneys for Defendant JBS USA, LLC/SWIFT PORK CO.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA HWANG,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SWIFT PORK COMPANY, et al.<br><br>　　　　Defendants. | Case No. CV09-09528 MMM (RZx)<br><br>**PROPOSED ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having reviewed the parties' Stipulation of Dismissal with Prejudice, and being advised in the premises, hereby,

670497.1
EMPLOY\674776.1

1

ORDER OF DISMISSAL
WITH PREJUDICE

1     ORDERS that this case is DISMISSED WITH PREJUDICE, each party to
2 pay her or its own attorneys' fees and costs.
3
4
5     Dated this 28th day of September, 2010.
6
7
8 *[signature: Margaret M. Morrow]*
9 Hon. Margaret M. Morrow
   District Court Judge
10

670497.1

2

**ORDER OF DISMISSAL
WITH PREJUDICE**

EMPLOY\674776.1